IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MONICA KENNEY, on behalf of herself and all others similarly situated,<br><br>          Plaintiff<br><br>v.<br><br>KIRKLAND ASSET MANAGEMENT, LLC<br><br>          Defendant | Civil Action No.  2:14-cv-06749<br><br>CLASS ACTION<br>JURY TRIAL DEMANDED |

**CORPORATE DISCLOSURE OF**
**DEFENDANT KIRKLAND ASSET MANAGEMENT, LLC**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant KIRKLAND ASSET MANAGEMENT, LLC, by and through its undersigned counsel, states as follows:

KIRKLAND ASSET MANAGEMENT, LLC is not publicly traded and no publicly held corporation or parent corporation controls its operations (directly or through others) or owns any of its stock.

Dated:  January 13, 2015

          GERMAN, GALLAGHER & MURTAGH

          BY:  /s/ William J. D'Annunzio
               William J. D'Annunzio
               Jacqueline E. Campbell
               I.D. Nos. 80223 / 306647
               200 S. Broad Street, Suite 500
               Philadelphia, PA 19102
               Telephone: (215) 545-7700
               Facsimile: (215) 732-4182
               Email: dannunziow@ggmfirm.com
                       campbellj@ggmfirm.com
               Attorneys for defendant
               Kirkland Asset Management, LLC

-and-

**DAMON MOREY LLP**
Gregory Zini, Esquire
The Avant Building, Suite 1200
200 Delaware Avenue
Buffalo, New York 14202
Telephone: (716) 858-3750
Facsimile: (716) 856-5510
Email: gzini@damonmorey.com

Application for admission *pro hac vice* to be submitted.