IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MONICA KENNEY, on behalf of herself and all others similarly situated, | : : : : Civil Action No. 2:14-cv-06749 |
| Plaintiff | : : |
| v. | : CLASS ACTION : JURY TRIAL DEMANDED |
| KIRKLAND ASSET MANAGEMENT, LLC | : : |
| Defendant | : |

## WITHDRAWAL OF APPEARANCE

TO THE CLERK OF COURT:

Kindly withdraw my appearance as co-counsel on behalf of Defendant Kirkland Asset Management, LLC in the above-referenced matter.

                                                            GERMAN GALLAGHER & MURTAGH

                                                            By: */s/ Jacqueline E. Campbell*
                                                                  Jacqueline E. Campbell

                                                                     Atty. Id. No. 306647
                                                                     200 S. Broad Street, Suite 500
                                                                     Philadelphia, PA 19102
                                                                     Telephone: (215) 545-7700
                                                                     Facsimile: (215) 732-4182
                                                                     Email: campbellj@ggmfirm.com

                                                                     Attorney for Defendant
                                                                     Kirkland Asset Management, LLC

Dated: _4/17_, 2015

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MONICA KENNEY, on behalf of herself and all others similarly situated, | : <br> : <br> : Civil Action No. 2:14-cv-06749 |
| Plaintiff | : <br> : |
| v. | : CLASS ACTION <br> : JURY TRIAL DEMANDED |
| KIRKLAND ASSET MANAGEMENT, LLC | : <br> : |
| Defendant | : |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on __4/17__, 2015, a copy of the attached Withdrawal of Appearance of Jacqueline E. Campbell, Esquire was electronically filed with the Court and served via electronic mail upon the following counsel of record:

>Richard N. Lipow, Esquire
>Swedesford Corporate Center
>629 Swedesford Road
>Malvern, PA 19355

GERMAN, GALLAGHER & MURTAGH

By: /s/ Jacqueline E. Campbell
Jacqueline E. Campbell

Dated: __4/17__, 2015